IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN NEAL GLASPIE, ID # 07056362**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:07-CV-2011-L** |
| | § | |
| **LUPE VALDEZ, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Pro Se Civil Rights Complaint ("Complaint"), filed November 30, 2007. Pursuant to Special Order 3-251, the Complaint was referred to United States Magistrate Judge Irma C. Ramirez, on November 30, 2007. On March 26, 2008, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. Plaintiff filed objections to the Report on April 17, 2008.

Plaintiff brings this suit pursuant to 42 U.S.C. § 1983 (2003 & Supp. 2007). On February 14, 2008, Magistrate Judge Ramirez ordered Plaintiff to pay the requisite filing fee by March 17, 2008. She also admonished Plaintiff that failure to pay such fee would subject the action to dismissal based upon the "three-strikes provision" and his failure to comply with a court order. To date, Plaintiff has not filed the requisite fee as ordered. The magistrate judge now recommends that this case be dismissed without prejudice. In his objections to the Report, Plaintiff contends that the "three-strikes provision" does not apply because he is under imminent danger of serious physical injury as a result of being denied food. This objection lacks merit because it consists of a mere unsworn conclusory statement. Moreover, Plaintiff fails to offer any documentation to support his contention. Therefore, the court **overrules** this objection. Having reviewed the Complaint, file,

record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses without prejudice** the Complaint.

**It is so ordered** this 29th day of April, 2008.

Sam A. Lindsay
United States District Judge